UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ADERONKE OYEKUNLE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 1:26-cv-12 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| BLUECROSS BLUESHIELD OF | ) | |
| TENNESSEE, | ) | |
| | ) | |
| *Defendant.* | ) | |

## **O R D E R**

On July 20, 2026, United States Magistrate Judge Christopher H Steger filed a Report and Recommendations (the "R&R") upon screening Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2) of the Prisoner Litigation Reform Act. (Doc. 19.) No objection has been filed to the R&R within the given fourteen days. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2) (allowing fourteen days to file objections to proposed findings and recommendations). The Magistrate Judge found that Plaintiff's factual allegations of employment violations "sufficiently put Defendant on notice of what her legal claims are and the grounds upon which they rest" and "her employment discrimination claims under § 1981 and Title VII are plausible." (Doc. 19 at 3.)

The Court hereby **ACCEPTS** and **ADOPTS** the findings of fact, conclusions of law, and recommendations as found in the R&R (Doc. 19). Plaintiff's claims against Defendant may proceed.

The Clerk of Court is **DIRECTED** to send Plaintiff service packets (a blank summons and USM-285 form) for Defendant Bluecross Blueshield of Tennessee. Plaintiff is **ORDERED** to complete the service packets and return the packets to the Clerk's Office within twenty-one (21)

days of receipt of this Order. At that time, the summons will be signed and sealed by the Clerk and forwarded to the U.S. Marshal for service. Fed. R. Civ. P. 4. Service on Defendant shall be made pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and Rule 4.04(1) and (10) of the Tennessee Rules of Civil Procedure, either by mail or personally if mail service is not effective. Plaintiff is **WARNED** that if she fails to timely return the completed service packet, this action will be dismissed.

Defendant shall answer or otherwise respond to the complaint within twenty-one (21) days from the date of service. If Defendant fails to timely respond to the complaint, it may result in entry of judgment by default against it.

Plaintiff is **ORDERED** to immediately inform the Court and Defendant/Defendant's counsel of record of any address changes in writing. Pursuant to Local Rule 83.13, it is the duty of a *pro se* party to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. E.D. Tenn. L.R. 83.13. Failure to provide a correct address to this Court within fourteen (14) days of any change in address may result in the dismissal of this action.

       **SO ORDERED.**

       **ENTER:**

                    **/s/**_____
                    **CURTIS L. COLLIER**
                    **UNITED STATES DISTRICT JUDGE**